IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60387
Conference Calendar
_____


LEWIS GREENWOOD,

                                        Plaintiff-Appellant,


versus


UNITED STATES ATTORNEY GENERAL,

                                        Defendant-Appellee.


- - - - - - - - - -
CONSOLIDATED WITH
No. 96-60420
- - - - - - - - - -


LEWIS GREENWOOD,

                                        Plaintiff-Appellant,


versus


EDWARD M. HARGETT, BILL
STEIGER, A.M. PHILLIPS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeals from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-403-S-A
USDC No. 4:95-CV-50-D-B
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

In No. 96-60387, Lewis Greenwood, prisoner # 64597, appeals from the district court's denial of his second Fed. R. Civ. P. 60(b) motion, arguing only that the underlying judgment was in error. This he may not do. Charles L.M. v. Northeast Indep. Sch. Dist., 884 F.2d 869, 870 (5th Cir. 1989); Aucoin v. K-Mart Apparel Fashion Corp., 943 F.2d 6, 8 (5th Cir. 1991). Greenwood has identified no error by the district court. Greenwood v. United States Attorney General, No. 4:95-CV-403-S-A (N.D. Miss. Apr. 23, 1996).

In No. 96-60420, Greenwood appeals from the judgment of the district court's dismissing his civil rights action as frivolous. He argues that prison personnel were deliberately indifferent to his serious medical needs and deprived him of due process by transferring him to the prison psychiatric ward without a hearing. Greenwood has identified no error by the district court. Greenwood v. Hargett, No. 4:95-CV-50-D-B (N.D. Miss. May 20, 1996).

Thus, the appeals are frivolous. During the pendency of these appeals, this court warned Greenwood about filing frivolous appeals and cautioned him to review any pending appeals for frivolousness. Greenwood v. United States, No. 95-60628, slip

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

op. at 2 (5th Cir. Aug. 19, 1996) (unpublished).  He did not move to dismiss either appeal.  Accordingly, Greenwood is BARRED from filing any pro se, in forma pauperis, civil appeal in this court without the prior written approval of an active judge of this court.  Further, he is BARRED from filing any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court.  The clerk of this court and the clerks of all federal district courts subject to the jurisdiction of this court are directed to return to Greenwood, unfiled, any attempted submission inconsistent with this bar.

APPEALS DISMISSED; SANCTIONS IMPOSED.